UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
-------------------------------------------------------

HILDA L. SOLIS, Secretary of Labor,   :   CIVIL ACTION
United States Department of Labor,        NO. 09-1329 (ADC)
                                      :
       Plaintiff,
                                      :
              v.
                                      :
LOCAL 901, INTERNATIONAL
BROTHERHOOD OF TEAMSTERS              :

       Defendant.                     :

-------------------------------------------------------

## AMENDMENTS TO THE STIPULATION OF SETTLEMENT

**THE PARTIES HEREBY STIPULATE** that their Stipulation of Settlement, which was filed with this Court on December 29, 2010 is amended as follows as to paragraphs 4 and 6:

4.  The parties in voluntary settlement of this action hereby stipulate and agree that defendant International Brotherhood of Teamsters, Local 901 shall conduct new nominations and a new election for all offices under the supervision of the plaintiff Secretary of Labor, such supervised election to coincide with defendant's next regularly scheduled election to be completed no later than October 31, 2011. Such election shall be conducted in accordance with Title IV of the Act (29 U.S.C. §481, *et seq.*), and, insofar as lawful and practicable, in accordance with the Constitution and the By-laws of the defendant Union. The winners of the supervised election shall be installed as soon as practicable after the Department of Labor certifies the tally of ballots and they shall serve

the full three (3) year term as specified in defendant's Constitution and By-Laws. By entering into this voluntary settlement, the defendant does not admit that it violated the Act when it conducted the October 3, 2008 triennial election of officers.

\* \* \* \*

6. The Court shall retain jurisdiction of this action and after completion of the election, plaintiff Secretary shall certify to the Court the names of the persons so elected, that such election was conducted in accordance with Title IV of the Act, and insofar as lawful and practicable, in accordance with the provisions of the Constitution and Bylaws of defendant International Brotherhood of Teamsters, Local 901. Upon approval of such certification, the Court shall enter a judgment declaring that such persons have been elected as shown by such certification to serve a three (3) year term of office; and further providing that each party will bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

FOR THE DEFENDANT:
LOCAL 901, INTERNATIONAL
BROTHERHOOD OF TEAMSTERS

JOSE CARRERAS, ESQ.
352 CALLE DEL PARQUE
PARADA 23
SAN JUAN, PR 00912
Tel. (787) 721-8980
USDC ID No.: 3545700

FOR THE PLAINTIFF:

ROSA E. RODRIGUEZ-VELEZ
United States Attorney

By: _____ 1/19/2011
FIDEL A. SEVILLANO DEL RIO
USDC ID No.: 117812
Assistant U.S. Attorney
Civil Division
Torre Chardon, Suite 1201

350 Chardon St.
Hato Rey, PR 00918
Tel: (787) 766-5656

M. PATRICIA SMITH
Solicitor of Labor

PATRICIA M. RODENHAUSEN
Regional Solicitor

/s/ Evan R. Barouh

EVAN R. BAROUH
Senior Trial Attorney
USDC ID# G01017
U.S. Department of Labor,
Office of the Solicitor, Reg. II
201 Varick Street, Rm. 983
New York, NY 10014
Tel. (646) 264-3668
FAX (646) 264-3660