UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------

HILDA L. SOLIS, Secretary of Labor,         :        CIVIL ACTION
United States Department of Labor,                   NO. 09-1329 (ADC)

                                            :

        Plaintiff,

                                            :        **PLAINTIFF SECRETARY'S
                                                     INFORMATIVE MOTION**
        v.

                                            :

LOCAL 901, INTERNATIONAL
BROTHERHOOD OF TEAMSTERS                     :

        Defendant.                          :

----------------------------------------------------------

In response to the Honorable Court's Order dated December 3, 2011 scheduling a

conference for Thursday, December 8 at 3:30 pm AST, the plaintiff Secretary informs the court

that, pursuant to the Settlement Stipulation and Order filed on December 29, 2010 and "So

Ordered" on January 4, 2011, the defendant Local 901, International Brotherhood of Teamsters

(IBT) conducted an election on Tuesday, October 25 and Wednesday, October 26, 2011 for all

offices under the supervision of the plaintiff Secretary of Labor.  The ballots were tallied on

Thursday, October 27, 2011.  To date, no election protests have been filed with the Secretary of

Labor.

Based upon the above, the plaintiff Secretary believes that the matters raised by the interveners' complaint which was withdrawn have been rendered moot and respectfully urges that the December 8 conference be cancelled.

DATED:    December 5, 2011
New York, NY

<div style="margin-left:40%">

M. PATRICIA SMITH
Solicitor of Labor

PATRICIA M. RODENHAUSEN
Regional Solicitor

EVAN R. BAROUH
Senior Trial Attorney
U.S.D.C. ID No. G01017
barouh.evan@dol.gov

</div>