UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
--------------------------------------------------------
HILDA L. SOLIS, Secretary of Labor,    :    CIVIL ACTION
United States Department of Labor,          NO. 09-1329 (ADC)
                                                                  :
        Plaintiff,
                                                                  :
        v.
                                                                  :
LOCAL 901, INTERNATIONAL
BROTHERHOOD OF TEAMSTERS       :

        Defendant.                              :
--------------------------------------------------------

**PLAINTIFF'S MOTION FOR A JUDGMENT and ORDER CERTIFYING THE RESULTS OF THE DEFENDANT'S ELECTION FOR OFFICERS WHICH WAS CONDUCTED UNDER THE SUPERVISION OF THE SECRETARY OF LABOR**

COMES NOW the Plaintiff Secretary of Labor who states that the defendant Local 901, International Brotherhood of Teamsters (IBT) conducted an election on Tuesday, October 25 and Wednesday, October 26, 2011 for the offices of President, Vice President, Secretary Treasurer, Recording Secretary, and three (3) Trustees under the supervision of the plaintiff Secretary of Labor. The parties had settled this case with a Settlement Stipulation and Order that was filed on December 29, 2010 and "So Ordered" on January 4, 2011 calling for the Secretary of Labor to supervise the October 2011 election.

The plaintiff has prepared a Certification of Election, certifying the names of the persons elected to the offices of President, Vice President, Secretary Treasurer, Recording Secretary, and three (3) Trustees, conducted by the defendant Local 901, International Brotherhood of Teamsters in the supervised election, and further certifying that the supervised election was conducted in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure

Act of l959 (29 U.S.C. §481 *et seq.*), and in conformity with the Constitution and Bylaws of the defendant labor organization insofar as lawful and practicable;

Based upon the above discussion, the Secretary submits the proposed Judgment and Order along with the Certification of Election as an exhibit thereto that the persons named therein are the duly elected officers of Local 901 Teamsters and that they shall serve a term of office which shall expire on December 31, 2014 and respectfully moves the Honorable Court to "So Order" the proposed Judgment and Order and Certification of Election, thereby bring this case to a conclusion.

DATED:	December 19, 2011
	New York, New York

M. PATRICIA SMITH
Solicitor of Labor

PATRICIA M. RODENHAUSEN
Regional Solicitor

_____/s/_____
EVAN R. BAROUH
U.S.D.C. ID No. G01017
Senior Trial Attorney
U.S. Department of Labor
Office of the Solicitor, Reg. II
201 Varick Street, Room 983
New York, NY 10014
Tel. (646) 264-3668
Fax (646) 264-3660 & 3670
Email:  barouh.evan@dol.gov