UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------

| | | |
|---|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, | : | CIVIL ACTION NO. 09-1329 (ADC) |
| | : | |
| Plaintiff, | : | **JUDGMENT and ORDER** |
| v. | : | |
| LOCAL 901, INTERNATIONAL BROTHERHOOD OF TEAMSTERS | : | |
| Defendant. | : | |

-------------------------------------------------------



RECEIVED AND FILED
2012 JAN 12 AM 8:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**WHEREAS,** pursuant to a Settlement Stipulation and Order filed on December 29, 2010 and "So Ordered" on January 4, 2011, the defendant Local 901, International Brotherhood of Teamsters (IBT) conducted an election on Tuesday, October 25 and Wednesday, October 26, 2011 for the offices of President, Vice President, Secretary Treasurer, Recording Secretary, and three (3) Trustees under the supervision of the plaintiff Secretary of Labor; and

**WHEREAS** the plaintiff has filed a Certification of Election, certifying the names of the persons elected to the offices of President, Vice President, Secretary Treasurer, Recording Secretary, and three (3) Trustees, conducted by the defendant Local 901, International Brotherhood of Teamsters in the supervised election, and further certifying that the supervised election was conducted in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §481 *et seq.*), and in conformity with the Constitution and Bylaws of the defendant labor organization insofar as lawful and practicable;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the persons named in the attached Certification of Election filed as aforesaid by the plaintiff, are the duly elected

officers of Local 901 Teamsters and they shall serve a term of office which shall expire on December 31, 2014.

DATED:       December 16, 2011
             San Juan, Puerto Rico

HONORABLE AIDA DELGADO-COLÓN
CHIEF U.S. DISTRICT JUDGE