UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
-----------------------------------------------------------

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor,<br>United States Department of Labor,<br><br>                Plaintiff,<br><br>v.<br><br>LOCAL 901, INTERNATIONAL<br>BROTHERHOOD OF TEAMSTERS,<br><br>                Defendant. | CIVIL ACTION<br>NO. 09-1329 (ADC) |

-----------------------------------------------------------

## CERTIFICATION OF ELECTION

1. The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a Stipulation of Settlement filed December 29, 2010, and Amendments to the Stipulation of Settlement filed January 20, 2011, in the United States District Court for the District of Puerto Rico. in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 481 et seq.), and in conformity with the constitution and bylaws of the defendant labor organization, insofar as lawful and practicable, and no post-election complaints having been received concerning the conduct thereof. therefore:

2. Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

3. **IT IS HEREBY CERTIFIED** that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| Rey Lebron Allende | President |
| Carlos Marrero | Vice President |
| Alexis Rodriguez Normandia | Secretary Treasurer |
| Luis Mangual Balay | Recording Secretary |
| Rafael Rosario | Trustee |
| Mildred Rodriguez | Trustee |
| Ernesto Melendez Martinez | Trustee |

Signed this 16th day of December, 2011.

*Patricia Fox*
Patricia Fox, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor